Arthur D. Hooks
Plaintiff

versus

Alcorn State University
Emma Jackson
Bilal Abu-Baker
Dickson Idusugi

5:15cv75 KS-MTP



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 14 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

## Jurisdiction

Jurisdiction of this court is invoked pursuant to 28 U.S.C 1331, 1343 2201 and 2202, and 42 U.S.C Secton 1983, 1985, 1986 and 1988 This action is further instituted pursuant to the fourth, fifth, Eighth, and fouteen Amend of the United States Constitution Supplemental Jurisdicton is invoked as to Matters Cognizable under the Contitution and Laws of the State of Mississippi

## Parties

Plaintiff herein is
  Arthur D. Hooks, a person of the full age of majority and domiciled in the state of mississippi,

Defendants herein are
A. Alcorn State University - Insertion of higher Learning
B. Emma Jackson - Teacher at Insertion
C. Bilal Abu-Baker - Teacher at Insertion
D. Dickson Idusugi

Arthur Hooks
P.O Box 443
Lorman M.S
39069
504-439-7464

1

1. I have Medical documentation of a disability. And Alcorn State University is discriminat against me for my disability. By not allowed me the accommodations for my disability.

2. Emma Jackson- Ms Jackson refuse to accommodat even deo I have Medical documentation of a disability and inrolled in disability services at the University. She also tortent me and made fun of other student with disability.

3. Bilal Abu-Baker- I believe Mr Abu-Baker is conspirey with ms Jackson becaues they work in the same deportment. Mr AbuBaker refuse to allow to make up work I miss do to being inrolled in Ms Jackson class. And also change answer on my final to insure that I fail the class.

4. Dickson Idusuyi- Refuse to accommodat even deo I hava Medical documentation of a disability and inrolled in disability services at the University. He also made force me to talk about disability in front the whole class. It's suppose to be confidentIal

## Relief

| | |
|---|---|
| 1 Alcorn State University | 15,000 - me<br>1000 - charity |
| 2 Emma Jackson | 15,000 - Me<br>1000 - charity |
| 3 Bilal Abu-Baker | 15,000 - me<br>1000 - charity |
| 4 Dickson Idusuyi | 15,000 - me<br>1000 - charity |

Arthur Hooks
Arthur Hooks
P.O Box 443
Lorman M.S
39068
504-439-7464

2