IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ARTHUR D. HOOKS**                                                              **PLAINTIFF**

**V.**                                           **CIVIL ACTION NO. 5:15-CV-75-KS-MTP**

**ALCORN STATE UNIVERSITY, et al.**                               **DEFENDANTS**

### FINAL JUDGMENT

     For the reasons stated in the Court's previous Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of the Defendants Alcorn State University, Emma Jackson, Bilal Abu-Bakr, and Dickson Idusugi. Plaintiff's claims against Alcorn and the individual defendants in their official capacity are dismissed without prejudice for lack of subject matter jurisdiction. Claims against the individual defendants in their individual capacities are dismissed with prejudice. This case is closed.

     SO ORDERED AND ADJUDGED this the 26th day of May, 2016

                                        *s/Keith Starrett*
                                        UNITED STATES DISTRICT JUDGE